```
1  MUFTHIHA SABARATNAM, ESQ.    (State Bar No. 162982)
   SABARATNAM & ASSOCIATES
2  1300 Clay Street, Suite 600
   Oakland, CA 94612
3  Telephone No. (510) 205-0986
   Facsimile No. (510) 225-2417
4
   Proposed Attorney for Debtor
5
```

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>**Carden West**<br><br>Debtor. | Case Number: 11-71752RLE<br><br>Chapter 11<br><br>**APPLICATION FOR REPLACEMENT OF DESIGNATED RESPONSIBLE INDIVIDUAL PURSUANT TO NORTHERN DISTRICT RULE 4002-1; PROPOSED ORDER**<br><br>[No hearing required] |

### APPLICATION FOR REPLACEMENT OF DESIGNATED RESPONSIBLE INDIVIDUAL PURSUANT TO NORTHERN DISTRICT RULE 4002-1

**Carden West**, the Debtor-in-possession herein, respectfully represents:

1. **Carden West,** ("Debtor") is a California Corporation.

2. Initially, Kathleen Massie, deputy Director of the Debtor, consented to and was designated as the responsible individual pursuant to Northern District Rule 4002-1. Kathleen Massie, has since left Carden and Amirra Besh, a member of the current Board of Directors has consented to being designated as the responsible individual pursuant to Northern District Rule 4002-1.Designation of Responsible Individual, which states in relevant part:

(a) Every debtor or debtor-in-possession which is not an individual shall file with the Court an application and proposed order appointing a natural person to be responsible for the duties and obligations of the debtor or debtor-in-possession. The order shall

APP.FOR DESIGNATION OF RESPONSIBLE INDIVIDUAL

-1-

identify such person by name and include the person's address, telephone number, and position within the organization. If the duties are to be divided among two or more individuals, the responsibilities of each shall be specified. The application and order shall be filed with the petition, or promptly thereafter.

3. Her mailing address is :

**Carden West**.

4576 Willow Road

Pleasanton, CA 94588

Attn: Amirra Besh

Her telephone number is:

(925)463-6060.

Respectfully submitted by:

February 14, 2012

SABARATNAM & ASSOCIATES

/s/ Mufthiha Sabaratnam
**Mufthiha Sabaratnam, Esq.**

Approved as to Form and Content:

Date: 2/16/12

Amirra Besh, Board Member and Deputy Director of Debtor

APP.FOR DESIGNATION OF RESPONSIBLE INDIVIDUAL

- 2 -