# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

In re: CARDEN WEST SCHOOL, A CORPORATION          §     Case No. 11-71752
                                                  §
                                                  §
Debtor(s)                                         §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 11 of the United States Bankruptcy Code was filed on November 03, 2011.   The case was converted to one under Chapter 7 on July 20, 2012.  The undersigned trustee was appointed on July 20, 2012.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of          $_____30,146.76

                    Funds were disbursed in the following amounts:
                    Payments made under an
                      interim distribution                    _____12,512.82
                    Administrative expenses                   _____40.04
                    Bank service fees                         _____400.17
                    Other payments to creditors               _____0.00
                    Non-estate funds paid to 3rd Parties      _____0.00
                    Exemptions paid to the debtor             _____0.00
                    Other payments to the debtor              _____0.00

                    Leaving a balance on hand of[1]   $_____17,193.73
The remaining funds are available for distribution.

5.  Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was  /  /
and the deadline for filing governmental claims was 05/01/2012. All claims of each class
which will receive a distribution have been examined and any objections to the allowance
of claims have been resolved. If applicable, a claims analysis, explaining why payment on any
claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is
$3,764.68. To the extent that additional interest is earned before case closing, the maximum
compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the
sum of $3,764.68, for a total compensation of $3,764.68.[2] In addition, the trustee
received reimbursement for reasonable and necessary expenses in the amount of $0.00
and now requests reimbursement for expenses of $31.38, for total expenses of
$31.38.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the
foregoing report is true and correct.

Date: 06/11/2013            By: /s/Paul J Mansdorf
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. §1320.4(a)(2) applies.

2 If the estate is administratively insolvent, the dollar amounts reflected in this paragraph
may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-71752 | **Trustee:** (007400) Paul J Mansdorf |
| **Case Name:** CARDEN WEST SCHOOL, A CORPORATION | **Filed (f) or Converted (c):** 07/20/12 (c) |
| | **§341(a) Meeting Date:** 08/15/12 |
| **Period Ending:** 06/11/13 | **Claims Bar Date:** |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Proceeds from DIP accounts  (u) | 0.00 | 0.00 | | 15,835.13 | FA |
| 2 | UNAPPLIED ATTORNEY RETAINER  (u)<br>    Funds on hand in attorney trust account upon<br>conversion | Unknown | 10,000.00 | | 10,000.00 | FA |
| 3 | FUNDRAISER PROCEEDS  (u) | Unknown | 257.29 | | 740.44 | FA |
| 4 | UNANTICIPATED REFUND  (u) | 3,571.19 | 3,571.19 | | 3,571.19 | FA |
| 4 | **Assets    Totals** (Excluding unknown values) | **$3,571.19** | **$13,828.48** | | **$30,146.76** | **$0.00** |

Major Activities Affecting Case Closing:

Initial Projected Date Of Final Report (TFR):    June 30, 2013        Current Projected Date Of Final Report (TFR):    June 11, 2013  (Actual)

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-71752 | |
| **Case Name:** CARDEN WEST SCHOOL, A CORPORATION | |
| | |
| **Taxpayer ID #:** **-***7183 | |
| **Period Ending:** 06/11/13 | |

| | |
|---|---|
| **Trustee:** Paul J Mansdorf (007400) | |
| **Bank Name:** The Bank of New York Mellon | |
| **Account:** 9200-******03-66 - Checking Account | |
| **Blanket Bond:** $5,000,000.00 (per case limit) | |
| **Separate Bond:** N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/12 | {1} | Wells Fargo Bank | Proceeds from banking | 1290-010 | 197.69 | | 197.69 |
| 07/31/12 | {1} | Wells Fargo Bank | Proceeds from banking | 1290-010 | 270.17 | | 467.86 |
| 07/31/12 | {1} | Wells Fargo Bank | Proceeds from banking | 1290-010 | 694.57 | | 1,162.43 |
| 07/31/12 | {1} | Wells Fargo Bank | Proceeds from banking | 1290-010 | 858.53 | | 2,020.96 |
| 07/31/12 | {1} | Wells Fargo Bank | Proceeds from banking | 1290-010 | 1,301.35 | | 3,322.31 |
| 08/02/12 | {2} | Mufthhiha Sabarantnam Esq Inc | Unapplied retainer in trust | 1229-000 | 10,000.00 | | 13,322.31 |
| 08/02/12 | {1} | Bank of the West | Proceeds from banking | 1290-010 | 12,512.82 | | 25,835.13 |
| 08/14/12 | {3} | US Bank | Fundraiser proceeds | 1229-000 | 257.29 | | 26,092.42 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.91 | 26,042.51 |
| 09/07/12 | {3} | Target | Fundraiser | 1229-000 | 144.48 | | 26,186.99 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.98 | 26,137.01 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.91 | 26,078.10 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.43 | 26,024.67 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001000740088 20121220 | 9999-000 | | 26,024.67 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 26,236.90 | 26,236.90 | $0.00 |
| Less: Bank Transfers | 0.00 | 26,024.67 | |
| **Subtotal** | 26,236.90 | 212.23 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$26,236.90** | **$212.23** | |

Case: 11-71752   Doc# 142   Filed: 07/05/13   Entered: 07/05/13 14:40:53   Page 4 of 13

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-71752 | **Trustee:** Paul J Mansdorf (007400) |
| **Case Name:** CARDEN WEST SCHOOL, A CORPORATION | **Bank Name:** Rabobank, N.A. |
| | **Account:** ****374466 - Checking Account |
| **Taxpayer ID #:** **-***7183 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 06/11/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 26,024.67 | | 26,024.67 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.84 | 25,989.83 |
| 01/11/13 | {3} | US Bank | Final banking proceeds - Scrip fundraiser | 1229-000 | 338.67 | | 26,328.50 |
| 01/11/13 | 10101 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/11/2013 FOR CASE #11-71752, Bond #016048574 | 2300-000 | | 30.04 | 26,298.46 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.36 | 26,257.10 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.24 | 26,221.86 |
| 03/14/13 | 10102 | Valley Community Bank | Per Order Doc. 139 | 4210-000 | | 12,512.82 | 13,709.04 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.45 | 13,678.59 |
| 04/18/13 | 10103 | Franchise Tax Board | 2012 Form 199 - 95-2317183 | 2820-000 | | 10.00 | 13,668.59 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.98 | 13,647.61 |
| 05/02/13 | {4} | Renaissance Learning, Inc. | Unanticipated refund check | 1229-000 | 3,571.19 | | 17,218.80 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.07 | 17,193.73 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 29,934.53 | 12,740.80 | **$17,193.73** |
| Less: Bank Transfers | 26,024.67 | 0.00 | |
| **Subtotal** | 3,909.86 | 12,740.80 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3,909.86** | **$12,740.80** | |

| | |
|---|---|
| Net Receipts : | 30,146.76 |
| Net Estate : | $30,146.76 |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******03-66** | 26,236.90 | 212.23 | 0.00 |
| **Checking # ****374466** | 3,909.86 | 12,740.80 | 17,193.73 |
| | $30,146.76 | $12,953.03 | $17,193.73 |

Case: 11-71752    Doc# 142    Filed: 07/05/13    Entered: 07/05/13 14:40:53    Page 5 of 13

# Exhibit C - Claims Register

## Case: 11-71752 CARDEN WEST SCHOOL, A CORPORATION

Claims Bar Date:

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | The Bank of New York Mellon | Admin Ch. 7 | | $212.23 | $212.23 | $0.00 |
| | | 07/20/12 | | $212.23 | | |
| | <2600-00  Bank and Technology Services Fees>, 200 | | | | | |
| | Rabobank, N.A. | Admin Ch. 7 | | $187.94 | $187.94 | $0.00 |
| | | 07/20/12 | | $187.94 | | |
| | <2600-00  Bank and Technology Services Fees>, 200 | | | | | |
| | Franchise Tax Board | Admin Ch. 7 | | $10.00 | $10.00 | $0.00 |
| | PO Box 942857 | 07/20/12 | | $10.00 | | |
| | Sacramento, CA 94257-0531 | | | | | |
| | <2820-00  Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)>, 200 | | | | | |
| | Paul J Mansdorf | Admin Ch. 7 | | $3,764.68 | $0.00 | $3,764.68 |
| | 1563 Solano Ave. | 07/20/12 | | $3,764.68 | | |
| | #703 | | | | | |
| | Berkeley, CA 94707 | | | | | |
| | <2100-00  Trustee Compensation>, 200 | | | | | |
| | Paul J Mansdorf | Admin Ch. 7 | | $31.38 | $0.00 | $31.38 |
| | 1563 Solano Ave. | 07/20/12 | | $31.38 | | |
| | #703 | | | | | |
| | Berkeley, CA 94707 | | | | | |
| | <2200-00  Trustee Expenses>, 200 | | | | | |
| | Pinnacle Law Group, LLP | Admin Ch. 7 | | $4,432.50 | $0.00 | $4,432.50 |
| | 425 California St. | 07/20/12 | | $4,432.50 | | |
| | Suite 1800 | | Voluntarily subordinated | | | |
| | San Francisco, CA 94104 | | | | | |
| | <3210-00  Attorney for Trustee Fees (Other Firm)>, 201 | | | | | |
| | Pinnacle Law Group, LLP | Admin Ch. 7 | | $186.22 | $0.00 | $186.22 |
| | 425 California St. | 07/20/12 | | $186.22 | | |
| | Suite 1800 | | | | | |
| | San Francisco, CA 94104 | | | | | |
| | <3220-00  Attorney for Trustee Expenses (Other Firm)>, 200 | | | | | |
| 1 | COVERALL | Unsecured | | $5,825.00 | $0.00 | $5,825.00 |
| | 6430 VIA REAL #5 | 11/14/11 | | $5,825.00 | | |
| | Carpinteria, CA 93013 | | | | | |
| | <7100-00  General Unsecured § 726(a)(2)>, 610 | | | | | |
| 2 | Staples, Inc. | Unsecured | | $10,044.99 | $0.00 | $10,044.99 |
| | Attn: Daneen Kastanek | 11/14/11 | | $10,044.99 | | |
| | 1 Environmental Way | | | | | |
| | Broomfield, CO 80021 | | | | | |
| | <7100-00  General Unsecured § 726(a)(2)>, 610 | | | | | |

# Exhibit C - Claims Register

## Case: 11-71752    CARDEN WEST SCHOOL, A CORPORATION

Claims Bar Date:

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | Valley Community Bank | Secured | | $1,607,246.09 | $0.00 | $0.00 |
| | 5000 Pleasanton Avenue | 11/22/11 | | $0.00 | | |
| | Suite 210 | | Amended by 26 | | | |
| | Pleasanton, CA 94566 | | | | | |
| | <4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  100 | | | | | |
| 4 | State Board of Equalization | Priority | | $283.00 | $0.00 | $283.00 |
| | Special Operations Branch, MIC: 55 | 11/29/11 | | $283.00 | | |
| | PO Box 942879 | | | | | |
| | Sacramento, CA 94279-0055 | | | | | |
| | <5800-00   Claims of Governmental Units>,  570 | | | | | |
| 5 | Pitney Bowes Inc | Unsecured | | $2,294.85 | $0.00 | $2,294.85 |
| | 4901 Belfort Rd, Ste 120 | 11/30/11 | | $2,294.85 | | |
| | Jacksonville, FL 32256 | | | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 6P | Inernal Revenue Service | Priority | | $1,216.15 | $0.00 | $1,216.15 |
| | Insolvency Group 3 | 11/30/11 | | $1,216.15 | | |
| | P.O. Box 21126,Stop N781 | | | | | |
| | Philadelphia, PA 19114 | | | | | |
| | <5800-00   Claims of Governmental Units>,  570 | | | | | |
| 6U | Inernal Revenue Service | Unsecured | | $2,525.00 | $0.00 | $2,525.00 |
| | Insolvency Group 3 | 11/30/11 | | $2,525.00 | | |
| | P.O. Box 21126,Stop N781 | | | | | |
| | Philadelphia, PA 19114 | | | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 7 | HR IDEAS | Unsecured | | $7,313.50 | $0.00 | $7,313.50 |
| | 2680 BISHOP DRIVE #126 | 12/05/11 | | $7,313.50 | | |
| | San Ramon, CA 94583 | | | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 8 | Pitney Bowes Global Financial Services | Unsecured | | $1,157.49 | $0.00 | $1,157.49 |
| | 27 Waterview Drive | 12/16/11 | | $1,157.49 | | |
| | Shelton, CT 06484 | | | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 9 | City of Pleasanton | Unsecured | | $1,409.48 | $0.00 | $1,409.48 |
| | P.O. Box 520 | 01/05/12 | | $1,409.48 | | |
| | Pleasanton, CA 94566 | | | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 10 | CLEARY BROS | Unsecured | | $68,408.95 | $0.00 | $68,408.95 |
| | PO BOX 3577 | 02/02/12 | | $68,408.95 | | |
| | Danville, CA 94526 | | | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |

# Exhibit C - Claims Register

## Case: 11-71752    CARDEN WEST SCHOOL, A CORPORATION

Claims Bar Date:

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 | The McGraw-Hill Companies<br>148 Princeton Hightstown Rd N-2<br>Hightstown, NJ 08520<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/21/12 | | $4,571.67<br>$4,571.67 | $0.00 | $4,571.67 |
| 12A | 4576 Willow Rd. Company LLC and The<br>Larob Company,<br><br><6920-00   Admin. Rent (post-petition storage fees, leases, etc.) (Chapter 11)>,  300 | Admin Ch. 11<br>02/28/12 | Split claim | $149,410.11<br>$149,410.11 | $0.00 | $149,410.11 |
| 12U | 4576 Willow Rd. Company LLC and The<br>Larob Company,<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/28/12 | | $104,287.93<br>$104,287.93 | $0.00 | $104,287.93 |
| 13 | ADT Security Services Inc<br>14200 E Exposition Ave<br>Aurora, CA 80012<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/27/12 | | $2,464.89<br>$2,464.89 | $0.00 | $2,464.89 |
| 14 | % AT&T Services Inc.<br>James Grudus, Esq.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/05/12 | Withdrawn | $611.93<br>$0.00 | $0.00 | $0.00 |
| 15 -2 | MTB Investments, LLC<br>PO BOX 591366<br><br>Houston, TX 77259<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/02/12 | (Orig creditor US Bank - note sold) | $49,502.34<br>$49,502.34 | $0.00 | $49,502.34 |
| 16 | Shelly Graham-Smith<br>1701 Holly Common<br>Livermore, CA 94550<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/09/12 | | $1,195.00<br>$1,195.00 | $0.00 | $1,195.00 |
| 17 | Elizabeth Marie Marun<br>3815 Westgate Ave<br><br>Redding, CA 96001<br><5300-00   Wages>,  510 | Priority<br>06/13/12 | Objection not filed due to admin insolvency | $11,725.00<br>$11,725.00 | $0.00 | $11,725.00 |
| 18 | Office of the U.S. Trustee<br>(ADMINISTRATIVE)<br>1301 Clay Street, Suite 690N<br>Oakland, CA 94612<br><2950-00   U.S. Trustee Quarterly Fees>,  200 | Admin Ch.  7<br>10/10/12 | | $11,710.95<br>$11,710.95 | $0.00 | $11,710.95 |

# Exhibit C - Claims Register

## Case: 11-71752    CARDEN WEST SCHOOL, A CORPORATION

Claims Bar Date:

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 19 | Mufthiha Sabaratnam (ADMINISTRATIVE) Counsel for Debtor 1300 Clay Street, Suite 600 Oakland, CA 95612 <6210-16   Attorney for D-I-P Fees (Chapter 11)>,  300 | Admin Ch. 11 11/06/12 | | $14,910.00 $14,910.00 | $0.00 | $14,910.00 |
| 20 | Eleanor Dase 29 Las Vegas Rd. Orinda, CA 94563 <6950-00   Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7)>,  300 | Admin Ch. 11 11/08/12 | | $820.00 $820.00 | $0.00 | $820.00 |
| 21 | Shamrock Office Solution 6908 Sierra Court #A Dublin, CA 94568 <6950-00   Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7)>,  300 | Admin Ch. 11 11/27/12 | | $4,429.00 $4,429.00 | $0.00 | $4,429.00 |
| 22 | Pacific Gas and Electric Company Patrick Hazen, Bankruptcy Representative P.O. Box 8329 Stockton, CA 95208 <6950-00   Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7)>,  300 | Admin Ch. 11 11/30/12 | | $15,400.54 $15,400.54 | $0.00 | $15,400.54 |
| 23 | Pacific Gas and Electric Company Patrick Hazen, Bankruptcy Representative P.O. Box 8329 Stockton, CA 95208 <6950-00   Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7)>,  300 | Admin Ch. 11 11/30/12 | | $1,204.25 $1,204.25 | $0.00 | $1,204.25 |
| 24 | Herff Jones, Inc. 4501 W 62nd St Attn: Chasity Abner Inidianapolis, IN 46268 <6950-00   Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7)>,  300 | Admin Ch. 11 12/10/12 | | $707.29 $707.29 | $0.00 | $707.29 |
| 25 | Valley Community Bank (ADMINISTRATIVE) 5000 Pleasanton Ave. Suite 210 Pleasanton, CA 94566 <6950-00   Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7)>,  300 | Admin Ch. 11 12/14/12 | | $158,132.59 $158,132.59 | $0.00 | $158,132.59 |
| 26S | Valley Community Bank 5000 Pleasanton Avenue Suite 210 Pleasanton, CA 94566 | Secured 12/14/12 | See Order Doc. 139 - Cash collateral portion paid on secured claim. Balance constitues general unsecured claim | $1,542,814.30 $12,512.82 | $12,512.82 | $0.00 |

# Exhibit C - Claims Register

## Case: 11-71752    CARDEN WEST SCHOOL, A CORPORATION

Claims Bar Date:

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  100 | | | | | |
| 26U | Valley Community Bank | Unsecured | | $1,542,814.30 | $0.00 | $1,530,301.48 |
| | 5000 Pleasanton Avenue | 12/14/12 | | $1,530,301.48 | | |
| | Suite 210 | | See Order Doc. 139 - Cash collateral portion paid on secured claim. | | | |
| | Pleasanton, CA 94566 | | Balance constitues general unsecured claim | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 27 | Pleasanton Unified School District | Admin Ch. 11 | | $24,000.00 | $0.00 | $24,000.00 |
| | Tri-Valley Teacher Induction Program | 12/31/12 | | $24,000.00 | | |
| | 4665 Bernal Ave | | | | | |
| | Pleasanton, CA 94566 | | | | | |
| | <6950-00   Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7)>,  300 | | | | | |
| BOND | International Sureties, LTD | Admin Ch. 7 | | $30.04 | $30.04 | $0.00 |
| | One Shell Square | 07/20/12 | | $30.04 | | |
| | 701 Poydras St. #420 | | | | | |
| | New Orleans, LA 70139 | | | | | |
| | <2300-00   Bond Payments>,  200 | | | | | |
| | | | Case Total: | | $12,953.03 | $2,193,666.23 |

Exhibit D

Case No.: 11-71752
Case Name: CARDEN WEST SCHOOL, A CORPORATION
Trustee Name: Paul J Mansdorf

| | **Balance on hand:** | $ | 17,193.73 |
|---|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Valley Community Bank | 1,607,246.09 | 0.00 | 0.00 | 0.00 |
| 26S | Valley Community Bank | 1,542,814.30 | 12,512.82 | 12,512.82 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 17,193.73

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Paul J Mansdorf | 3,764.68 | 0.00 | 3,764.68 |
| Trustee, Expenses - Paul J Mansdorf | 31.38 | 0.00 | 31.38 |
| Attorney for Trustee, Fees - Pinnacle Law Group, LLP | 4,432.50 | 0.00 | 1,500.50 |
| Attorney for Trustee, Expenses - Pinnacle Law Group, LLP | 186.22 | 0.00 | 186.22 |
| Fees, United States Trustee | 11,710.95 | 0.00 | 11,710.95 |
| Other Fees: Rabobank, N.A. | 187.94 | 187.94 | 0.00 |
| Other Expenses: Franchise Tax Board | 10.00 | 10.00 | 0.00 |
| Other Fees: The Bank of New York Mellon | 212.23 | 212.23 | 0.00 |
| Other Expenses: International Sureties, LTD | 30.04 | 30.04 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 17,193.73
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for D-I-P Fees - Mufthiha Sabaratnam (ADMINISTRATIVE) | 14,910.00 | 0.00 | 0.00 |
| Other Expenses: 4576 Willow Rd. Company LLC and The Larob Company, | 149,410.11 | 0.00 | 0.00 |
| Other Expenses: Eleanor Dase | 820.00 | 0.00 | 0.00 |
| Other Expenses: Herff Jones, Inc. | 707.29 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | |
|---|---|---|---|
| Other Expenses: Pacific Gas and Electric Company | 16,604.79 | 0.00 | 0.00 |
| Other Expenses: Pleasanton Unified School District | 24,000.00 | 0.00 | 0.00 |
| Other Expenses: Shamrock Office Solution | 4,429.00 | 0.00 | 0.00 |
| Other Expenses: Valley Community Bank (ADMINISTRATIVE) | 158,132.59 | 0.00 | 0.00 |

Total to be paid for prior chapter administrative expenses: $     0.00

Remaining balance: $     0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $13,224.15 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | State Board of Equalization | 283.00 | 0.00 | 0.00 |
| 6P | Inernal Revenue Service | 1,216.15 | 0.00 | 0.00 |
| 17 | Elizabeth Marie Marun | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $     0.00

Remaining balance: $     0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,791,302.57 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | COVERALL | 5,825.00 | 0.00 | 0.00 |
| 2 | Staples, Inc. | 10,044.99 | 0.00 | 0.00 |
| 5 | Pitney Bowes Inc | 2,294.85 | 0.00 | 0.00 |
| 6U | Inernal Revenue Service | 2,525.00 | 0.00 | 0.00 |
| 7 | HR IDEAS | 7,313.50 | 0.00 | 0.00 |
| 8 | Pitney Bowes Global Financial Services | 1,157.49 | 0.00 | 0.00 |
| 9 | City of Pleasanton | 1,409.48 | 0.00 | 0.00 |
| 10 | CLEARY BROS | 68,408.95 | 0.00 | 0.00 |
| 11 | The McGraw-Hill Companies | 4,571.67 | 0.00 | 0.00 |
| 12U | 4576 Willow Rd. Company LLC and The Larob Company, | 104,287.93 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| 13 | ADT Security Services Inc | 2,464.89 | 0.00 | 0.00 |
| 14 | % AT&T Services Inc. | 0.00 | 0.00 | 0.00 |
| 15 -2 | MTB Investments, LLC | 49,502.34 | 0.00 | 0.00 |
| 16 | Shelly Graham-Smith | 1,195.00 | 0.00 | 0.00 |
| 26U | Valley Community Bank | 1,530,301.48 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**